# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:05CR238 |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **VICENTE NUNGARAY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of Horacio J. Wheelock and the Peck Law Firm to withdraw as counsel for the defendant, Vicente Nungaray (Nungaray) (Filing No. 15). Since retained counsel, Alan G. Stoler, has entered an appearance for Nungaray (Filing No. 10), Mr. Wheelock's motion to withdraw (Filing No. 15) is granted.

**IT IS SO ORDERED.**

DATED this 28th day of June, 2005.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　 s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge