# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:05CR238 |
| ) | |
| VICENTE NUNGARAY-CALDERON, ) | ORDER |
| ) | |
| Defendant. ) | |

The government's motion to continue (Filing No. 22) is granted.

**IT IS ORDERED** that the hearing on defendant's motion to suppress (Filing No. 19) is continued to **August 15, 2005 at 10:30 a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The defendant must be present for the hearing.

DATED this 2nd day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge